Michael A. Shimokaji (Bar No. 94797)
Email: mshimokaji@shimokaji.com
Ivan Posey (Bar No. 196386)
Email: iposey@shimokaji.com
SHIMOKAJI & ASSOCIATES, P.C.
8911 Research Drive
Irvine, CA 92618
(949) 788-9961
(949) 788-9969 - fax

Attorneys for Plaintiff
David Shin

William J. Brutocao (Bar No. 75959)
Email: William.brutocao@usip.com
SHELDON MAK & ANDERSON, P.C.
100 Corson Street, Third Floor
Pasadena, CA 91103-3842
(626) 796-4000

Attorneys for Defendant
Voltex Motoring, Inc.

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> VOLTEX MOTORING, INC., a California Corporation, <br><br> Defendant. | Civil Action: CV11-8064 SJO (Ex) <br><br> Hon. S. James Otero <br><br> ~~PROPOSED~~ ORDER ON STIPULATED CONFIDENTIALITY AGREEMENT |

1  The Court having considered the Stipulated Confidentiality Agreement between
2
3  counsel of record, Shimokaji & Associates, P.C., and Sheldon Mak & Anderson, P.C.,
4  hereby accepts and makes its order thereon *and in accordance therewith*.
5  IT IS SO ORDERED:
6
7  DATED: 1/9/12
8                                           By: /s/
                                             Hon. Charles Eick
9                                            Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28